

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2022

No. 04-22-00156-CR

James **STRIBLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8935
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On August 1, 2022, appellant filed a letter we construe as a motion asking us to transfer a July 11, 2022 "Motion for Complete Clerk's Record" that appellant filed in Cause Number 04-22-00043-CR to this case. After consideration, we **GRANT** this motion and **ORDER** the clerk of this court to transfer the July 11, 2022 "Motion for Complete Clerk's Record" from Cause Number 04-22-00043-CR to this appeal.

Appellant's July 11, 2022 "Motion for Complete Clerk's Record" asks us to order the Bexar County District Clerk to file a supplemental clerk's record containing: (1) a November 29, 2021 "Supplement Motion to Recuse"; and (2) a December 3, 2021 order signed by Judge Jefferson Moore. On August 5, 2022, the Bexar County District Clerk informed this court that while it is aware of the documents requested in appellant's motion, those documents cannot be located in the district clerk's files. After consideration, we **GRANT** appellant's motion and **ORDER** the Bexar County District Clerk to file, **by August 15, 2022**, either: (1) the November 29, 2021 "Supplement Motion to Recuse" and the December 3, 2021 order signed by Judge Jefferson Moore; or (2) a letter explaining why those documents cannot be located and the efforts the district clerk has expended to locate the documents. If the district clerk does not file the documents requested in appellant's motion, the parties may follow the procedures outlined in the Texas Rules of Appellate Procedure regarding filings designated for inclusion in the clerk's record that have been lost or destroyed. *See* TEX. R. APP. P. 34.5(e).

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court